IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-cv-82020

ELIZABETH HOFFMAN,

    Plaintiff,

vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule, Defendant, I.C. System Inc., hereby certifies that the instant action:

_____ IS    related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  November 8, 2021,

                                                           Respectfully submitted by:

                                                           /s/ Sangeeta Spengler
                                                           **GOLDEN SCAZ GAGAIN, PLLC**
                                                           Sangeeta Spengler, Esquire
                                                           FBN:  0186864
                                                           1135 Marbella Plaza Dr.

                                                      Tampa, FL 33619
                                                      Phone:  813-251-5500
                                                      Email spspengler@gsgfirm.com
                                                      Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      /s/ Sangeeta Spengler
                                                    **GOLDEN SCAZ GAGAIN, PLLC**
                                                    Sangeeta Spengler, Esquire
                                                    FBN:  0186864